DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS M. PROSE,** as Trustee of the **THOMAS M. PROSE REVOCABLE TRUST AGREEMENT DATED JULY 21, 2011**,
Appellant,

v.

**CARLYLE JUPITER ISLAND CONDOMINIUM ASSOCIATION, INC.**,
et al.,
Appellees.

No. 4D21-3063

[August 25, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2019-CA-007679-XXXX-MB (AO).

John R. Sheppard, Jr., of Cohen, Norris, Wolmer, Ray Telepman, Berkowitz & Cohen, North Palm Beach, for appellant.

Gerard S. Collins and Jay S. Levin of Kaye Bender Rembaum, P.L., Pompano Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***